United States District Court
Southern District of Texas
**ENTERED**
November 24, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Peter Linder,<br>　　*Plaintiff,* | §<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. H-20-1363 |
| Assured Enterprises, Inc., et al.,<br>　　*Defendants.* | §<br>§<br>§ | |

## ORDER OF ADOPTION

On November 3, 2020, Magistrate Judge Peter Bray issued a memorandum and recommendation (D.E. 48), recommending that Norman Hayes's motion to dismiss be denied as moot. No objections were filed.

After due consideration of the entire record and the applicable law, the court hereby ADOPTS the memorandum and recommendation as this court's opinion.

Signed at Houston, Texas this **24** day of November, 2020.

　　　　　　　　　　　　　　　　　DAVID HITTNER
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE